IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD LOWE, individually and on
behalf of all others similarly situated                                                                    PLAINTIFF

V.                                         CASE NO. 14-CV-4023

LIBERTY MUTUAL GROUP, INC.                                                                DEFENDANT

# ORDER

Before the Court is an Agreed Stipulation of Dismissal. ECF No. 26. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, all claims against Defendant are hereby **DISMISSED**.

**IT IS SO ORDERED**, this 8th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge